No. 97–1783. SCHIMMEL ET AL. v. INTERNATIONAL ASSOCI-ATION OF MACHINISTS AND AEROSPACE WORKERS, AFL–CIO,

ET AL. C. A. 8th Cir. Certiorari denied.